THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES, DERIVATIVE & ERISA LITIGATION, | CASE NO.  2:08-md-1919 MJP<br><br>**NOTICE OF MDL FILING**<br><br>Lead Case No. C08-387 MJP |
| IN RE WASHINGTON MUTUAL, INC. SECURITIES LITIGATION,<br><br>This Document Relates To:  ALL CASES | |

**NOTICE OF MDL FILING**
MASTER NO.: 08-MD-1919 MJP

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1   PLEASE TAKE NOTICE THAT DEFENDANT Kerry Killinger, by and through his

2 undersigned attorneys, filed a Notice of Potential Tag-Along Action with the United States

3 Judicial Panel on Multidistrict Litigation ("JPML") Pursuant to Panel Rule 7.1(a) on April 7,

4 2011.  The potential tag-along action, *Michael M. Angello and Robert J. Angello v. Kerry*

5 *Killinger, John Ngo and Does 1-100*, Case No. 3:11-cv-00668-MMA-JMA (S.D. Cal.) (Hon.

6 Michael M. Anello), appears to involve common issues of fact with cases previously transferred to

7 this Court for coordination and/or consolidation with *In re Washington Mutual, Inc. Securities,*

8 *Derivative, and ERISA Litigation*, M.D.L. No. 1919.  A copy of the Notice of Potential Tag-Along

9 Action is attached hereto as Exhibit 1.

11 Dated:  April 12, 2011

/s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661
Jerome F. Birn (*pro hac vice*)
Daniel W. Turbow (*pro hac vice*)

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel.:  (206) 883-2500
Fax:  (206) 883-2699
Email: bkaplan@wsgr.com
Email: dgreene@wsgr.com
Email: dturbow@wsgr.com
Email: cldavis@wsgr.com

---

**NOTICE OF MDL FILING**
MASTER NO.: 08-MD-1919 MJP

- 1 -

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all known counsel of record.

Dated:  April 12, 2011

        /s/ Barry M. Kaplan
        Barry M. Kaplan, WSBA #8661

CERTIFICATE OF SERVICE
MASTER NO.: 08-MD-1919 MJP
- 2 -
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699